# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

ESTATE OF BARBARA JEANETTE DESKIN,
DECEASED, BY AND THROUGH TERESSA
ANN CURRIER, EXECUTRIX OF THE ESTATE OF
BARBARA JEANETTE DESKIN, DECEASED                    PLAINTIFF

VS.                                          NO. 3:19cv265-MPM-JMV

DIVERSICARE OF SOUTHAVEN, LLC D/B/A
DIVERSICARE OF SOUTHAVEN; DIVERSICARE
MANAGEMENT SERVICES CO., DIVERSICARE
LEASING COMPANY III, LLC; AND
DIVERSICARE HEALTHCARE SERVICES, INC.                DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "Filing a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L. U. Civ. R. 16(b)(3)(B). Because the defendants have moved to dismiss due to an arbitration agreement [4], staying certain proceedings is appropriate at this time.

Further if any party objects to the portion of the [4] motion which requests arbitration-related discovery, it shall file its objection within four (4) days of today's date.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of any order denying the [4] motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 2nd day of December, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**