**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ESTATE OF BARBARA JEANETTE DESKIN, DECEASED**
by and through Teressa Ann Currier, Executrix
of the Estate of Barbara Jeanette Deskin, Deceased                    **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 3:19-cv-00265-MPM-JMV**

**DIVERSICARE OF SOUTHAVEN, LLC, ET AL.**                         **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [7] staying this case pending a ruling on the [4] motion to dismiss and for leave to conduct arbitration related discovery. On March 27, 2020, the movant filed a notice withdrawing the motion following limited, arbitration related discovery, and the motion was, thereafter, terminated. Doc. #24. Therefore, the stay of this case should be lifted.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this March 30, 2020.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**